**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONALD WALTERS, ON HIS OWN**
**BEHALF AND ON BEHALF OF OTHERS**
**SIMILARLY SITUATED,**

                  **Plaintiffs,**

**-vs-**                                     **Case No. 6:11-cv-1540-Orl-28KRS**

**THE MATHOR GROUP, INC., JEANETTE**
**KEON,**

                  **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **STIPULATION OF DISMISSAL (Doc. No. 12)**
>
> **FILED:**      **November 13, 2011**

Plaintiff seeks to dismiss this FLSA case before Defendants have entered an appearance or responded. Fed. R. Civ. P. 41(a)(1)(A)(i) permits such a dismissal without order of the Court. Therefore, I **respectfully recommend** that the case be dismissed without prejudice and that the Clerk

of Court be directed to close the file. I further recommend that counsel for Plaintiff be required to serve a copy of the Court's order on the Defendants.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 14, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy