**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONALD WALTERS, ON HIS OWN**
**BEHALF AND ON BEHALF OF OTHERS**
**SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                           **Case No. 6:11-cv-1540-Orl-28KRS**

**THE MATHOR GROUP, INC., JEANETTE**
**KEON,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Stipulation of Dismissal (Doc. No. 12) filed November 13, 2011. The United States Magistrate Judge has submitted a report recommending that this case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed November 14, 2011 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    This case is dismissed without prejudice.

3.    Counsel for Plaintiff shall serve a copy of this Order on Defendants.

4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of December, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party